IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-108-DCK

| | |
|---|---|
| TIMOTHY RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Petition For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 18) filed October 23, 2017. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion; and it appearing that the parties have agreed that the Commissioner of Social Security shall pay the sum of $3,990.00 for attorney fees arising under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

**IT IS, THEREFORE, ORDERED** that the "Plaintiff's Petition For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. §2412" (Document No. 18) is **GRANTED**, and the Commissioner of Social Security shall pay to Plaintiff the sum of $3,990.00, sent to Plaintiff's Counsel's office address in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

Signed: October 25, 2017

_____
David C. Keesler
United States Magistrate Judge