# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:17-CV-108-DCK

| | |
|---|---|
| **TIMOTHY RICHARDSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ANDREW SAUL,** Commissioner of Social Security, | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Attorney Fees Under § 406(b) Of The Social Security Act" (Document No. 20) filed March 1, 2021. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Plaintiff seeks an Order directing that the Commissioner of Social Security should pay the sum of $10,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Plaintiff's counsel notes that she achieved an award of "almost $100,000.00 in back benefits as well as ongoing benefits" for her client. (Document No. 20, p. 2).

Defendant has filed a response stating that he "neither supports nor opposes Plaintiff's counsel's request for fees." (Document No. 21, p. 1).

The undersigned finds Plaintiff's motion, arguments, and legal authority to be persuasive.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Attorney Fees Under § 406(b) Of The Social Security Act" (Document No. 20) is **GRANTED**. The Commissioner of

Social Security shall pay to Plaintiff's counsel, Charlotte W. Hall, the sum of **$10,000.00**, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and then Plaintiff's counsel shall pay to Plaintiff the sum of **$3,990.00**, and upon the payment of such sums, this case is dismissed with prejudice.

    **SO ORDERED**.

Signed: April 5, 2021

David C. Keesler
United States Magistrate Judge